Riches v. Marsalis `Doc. 1`

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches©,
Plaintiff

1:07-CV-2317
CIVIL NO:

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per _____

V.

Jeffrey J. Marsalis d/b/a Termini Bros Bakery worker,
Defendant

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this court under 42 USC 1983. Plaintiff seeks $15 million. Marsalis is working hand and hand with Termini Bros Bakery. I was on the internet in 2002, Marsalis sent me Instant messaging, tried to lure me to the bakery. Marsalis was convicted in Pennsylvania for giving girls the date rape pill. He would put them in Termini° cakes and cream pies, because females like to eat. He almost got me with Funnel cake, I had a date rape pill detector. I have long eyelashes, thats why he picked me. I got promised Toys r us Jeffrey dollars. Defendant Roams the Appalations mountains. Plays Ice-T surviving the game. Defendant knows I need Termini° calories, because I'm starving at FCI Williamsburg, a 8th amendment violation. I'm Ethiopian looking, and have Somali Refuge Qualities, the Bakery is still in Business. Defendant is out on bail, this could cause me danger, food poisoning, I seek a Restraining order.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©

Dockets.Justia.com

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
18 DEC 2007 PM 1 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut Street
Harrisburg, PA 17108

17108+3800

Legal Mail